MARGARET BURNS and MATHEW BURNS, Respondents, v. NATIONAL BISCUIT COMPANY, Appellant, and Another, Defendant.— In an action to recover damages for injuries sustained and for loss of services caused by the negligence of defendant Bingham, a salesman in the employ of defendant National Biscuit Company, judgment for plaintiffs against defendant National Biscuit Company unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

CITY OF NEW ROCHELLE, Respondent, v. MORGAN H. SEACORD, Appellant, and Others, Defendants.— In an action to foreclose transfer of tax liens, judgment of foreclosure and sale reversed on the law, with costs, and complaint dismissed, with costs. At a public sale of tax liens covering appellant's property, the liens were acquired by the city of New Rochelle, and in this action the city, pursuant to its Local Law No. 5 of 1932, seeks to foreclose them. The Court of Appeals has declared Local Law No. 5 of 1932 invalid. (*County Securities, Inc.*, v. *Seacord*, 278 N. Y. 34; see, also, *Malnati* v. *Metropolitan Life Ins. Co.*, 254 App. Div. 681.) Under the circumstances, it is unnecessary to determine whether the city as the purchaser is entitled to charge more than seven per cent. Lazansky, P. J., Hagarty, Davis, Johnston and Adel, JJ., concur.

BESSIE COHEN, Respondent, v. DAVID M. WOLFF, as Executor, etc., of MEYER SHAPIRO, Also Known as MEYER I. SHAPIRO, Appellant, and MARY J. SHAPIRO, Defendant.— On an application for an order for the examination of plaintiff and two witnesses in an action on two promissory notes, the court limited the examination to the examination of plaintiff upon one of four items in dispute. Special circumstances are presented which render it proper that the deposition of Alfred A. Cohen and Nettie Cohen be taken. Order entered April 22, 1938, modified so as to provide that Alfred A. Cohen be examined as to items 2, 3, 4, and 5 of the notice of motion, and that Nettie Cohen be examined as to item 4 thereof. As so modified, the order, in so far as an appeal is taken, is affirmed, without costs; the examination to proceed on five days' notice. Lazansky, P. J., Davis, Johnston, Adel and Close, JJ., concur.